UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NICOLE MINCHEW, Personal Representative of the Estate of GERDA VALERO,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA, and MADIGAN ARMY MEDICAL CENTER,<br><br>        Defendants. | Case No. 3:24-cv-05116-TMC<br><br>ORDER TO EXTEND PRETRIAL DEADLINES AND TRIAL DATE |

## ORDER

It is hereby ORDERED that the parties' stipulated motion, Dkt. 16, is GRANTED. The new trial date and pretrial deadlines are as follows:

| **Deadlines** | |
|---|---|
| 7 DAY BENCH TRIAL | November 28, 2025 |
| Disclosure of expert testimony under FRCP 26(a)(2) | May 2 , 2025 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | June 2, 2025 |

ORDER TO EXTEND
PRETRIAL DEADLINES AND TRIAL DATE - 1

| | |
|---|---|
| All motions related to discovery must be filed by | June 2, 2025 |
| Attorney Settlement Conference conducted by | July 1, 2025 |
| Discovery completed by | July 1, 2025 |
| All dispositive motions and motions challenging expert witness must be filed by | August 1, 2025 |
| Motions in limine should be filed pursuant to Local Rule CR 7(d)(4) by | October 24, 2025 |
| Agreed pretrial order filed with the Court by | November 7, 2025 |
| Pretrial conference will be held on | November 17, 2025 |
| Trial briefs, proposed findings of fact and conclusions of law, and deposition designations due by | November 7, 2025 |

DATED this 12th day of February, 2025.

Tiffany M. Cartwright
United States District Judge

ORDER TO EXTEND
PRETRIAL DEADLINES AND TRIAL DATE - 2